

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1776 & PARTICIPATING EMPLOYERS HEALTH AND WELFARE FUND, Individually And On Behalf Of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT (US), LLC, WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT COMPANY, INC., WARNER CHILCOTT COMPANY, LLC, , WARNER CHILCOTT LABORATORIES IRELAND LIMITED, WARNER CHILCOTT HOLDINGS COMPANY III, LTD, WARNER CHILCOTT CORPORATION, WARNER CHILCOTT SALES (US) LLC, ACTAVIS, INC., WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., LUPIN LTD., and LUPIN INC.,<br><br>        Defendants. | Civ. A. No. 13-cv-01807-PD |



### STIPULATED ORDER REGARDING WAIVER OF SERVICE OF PROCESS ON FOREIGN ENTITY DEFENDANTS AND DATE FOR RESPONSE TO AN INDIRECT PURCHASER CLASS CONSOLIDATED AMENDED COMPLAINT

WHEREAS, at least two other complaints have been filed against the Defendants in this District by New York Hotel Trades Council & Hotel Association of New York City, Inc. (Civil Action No. 2:13-cv-02000-PD) and Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund (Civil Action No. 2:13-cv-02014-CMR) containing common questions of law or fact to the allegations and claims in this action (the "Related Actions");

WHEREAS, Plaintiff United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund intends to move for consolidation with the Related Actions and seek permission to file a consolidated amended complaint on behalf of a proposed class of indirect purchasers of Loestrin® 24 ("Indirect Purchaser Class");

WHEREAS, Plaintiff has commenced service of its complaint on U.S.-based defendants, but have not yet served foreign defendants Warner Chilcott Public Limited Company, Warner Chilcott Company, Inc., Warner Chilcott Company, LLC, Warner Chilcott Laboratories Ireland Limited, Warner Chilcott Holdings Company III, Ltd., and Lupin Ltd.; and

WHEREAS, Defendants have agreed that the electronic filing of a consolidated amended complaint by the Indirect Purchaser Class shall constitute service in these actions on all foreign entity defendants, and, in exchange, Plaintiff has agreed that each defendant may have 45 days from the date of electronic filing of a consolidated amended complaint by the Indirect Purchaser Class to answer, plead, or otherwise move in response to the consolidated amended complaint.

AND NOW, this 9th day of May, 2013, it is hereby

**ORDERED** as follows:

1. Plaintiff's electronic filing of a consolidated amended complaint on behalf of a proposed class of indirect purchasers of Loestrin® 24 shall constitute service of process upon all defendants in these actions.

2. Defendants may answer, plead, or otherwise move with respect to the consolidated amended complaint no later than 45 days after the electronic filing of the consolidated amended complaint by the Indirect Purchaser Class.

**ENTERED**
MAY - 9 2013
**CLERK OF COURT**

_____
Paul S. Diamond, U.S.D.J.